**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

UNITED STATES OF AMERICA

2020 NOV -2 P 5: 43

vs.                                                      Case No.   GLR-20-0320

                                        *

**Antoine Burton**

                                        *

                              ******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____Sedira Banan, AFPD_____, and the Government was represented by Assistant

United States Attorney _____James Tuomey_____, it is

**ORDERED,** this __2nd___ day of ___November_____ __2020_____, that

the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties

without prejudice to either side requesting a prompt hearing to set appropriate conditions of

release or otherwise address the detention of the defendant

_____
Beth P. Gesner
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement