**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. GLR-20-0320** |
| **ANTOINE BURTON** | * | |

* * * * * * * * * *

<u>**MOTION FOR LEAVE TO FILE SEALED MATERIALS (UNDER SEAL)**</u>

The Federal Public Defender for the District of Maryland hereby moves to file under seal its Motion to Withdraw as Counsel for Mr. Burton.

Public disclosure of the conflict of interest necessitating the withdrawal would jeopardize Mr. Burton's interests in this matter.

WHEREFORE, it is respectfully requested that the Motion to Withdraw as Counsel, this Motion, and any Order granting this Motion, be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

____/s/_____
JOANNA SILVER
Assistant Federal Public Defender
Office of the Federal Public Defender
6411 Ivy Lane, #710
Greenbelt, Maryland 20770
Phone: 301-344-0600
Fax: 301-344-0019
Email: joanna_silver@fd.org