**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA     *

      v.            *     Case No. GLR-20-00320

   ANTOINE BURTON        *

*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>MOTION TO SEAL</u>

Now comes the Defendant, ANTOINE BURTON, by his attorney, Law Offices of Gerald C. Ruter, P.C. and hereby requests this Honorable Court to place under seal certain papers and for reasons says as follows:

1. Undersigned Counsel wishes to bring to the Court's attention certain facts not a part of the public record and which should not be made a part of the public record since they contain matters of a sensitive nature and serve no purpose to have them exposed to public viewing.

2. Counsel for the government has been informed prior to the filing of this Motion to Seal that this request would be made and has indicated no opposition to this request.

**WHEREFORE,** it is prayed this Honorable Court sign an Order

Sealing Counsel's correspondence to the Court.

Respectfully Submitted,

/S/ Gerald C. Ruter

_____
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland  21237
(410) 238-8000
(410) 238-0597
ruterlaw@verizon.net

## Certificate of filing

I HEREBY CERTIFY that a copy of this Motion to Seal was on this 1st day of February, 2022, electronically filed and sent to opposing counsel.

/S/ Gerald C. Ruter

_____
Gerald C. Ruter