

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Keelan F. Diana*
*Special Assistant United States Attorney*
*Keelan.Diana@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4958*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

May 31, 2023

The Honorable George Levi Russell, III
United States District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    United States v. Antoine Burton
              Criminal No. GLR-20-320

Dear Judge Russell:

      I am writing to provide the Court with a status update in the above-referenced case. On February 27, 2023, counsel for the Defendant, Antoine Burton, requested postponement of Mr. Burton's sentencing, which was scheduled to take place on March 20, 2023, to a date following a decision from the United States Court of Appeals for the Fourth Circuit in *United States v. Garfield Redd* (Case No. 20-6957). At issue in that case is the question of whether Maryland first-degree assault is a violent felony under the force clause of the Armed Career Criminal Act. A decision in *Redd* could impact the sentencing calculations for Mr. Burton.

      The Government consented to this request for postponement.

      Oral argument in *Redd* was heard on May 4, 2023. The Fourth Circuit has yet to issue an opinion. The Parties will keep the Court apprised in the event that an opinion is issued.

      Please let me know if there are any questions.

                         Respectfully yours,

                         Erek L. Barron
                         United States Attorney

                            /s/
                         Keelan F. Diana
                         Special Assistant United States Attorney
                         District of Maryland

Cc: Gerald C. Ruter, Esq.